IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CURTIS W. JOHNSON,

                Plaintiff,

    v.

KEVIN A. CARR, CATHY A. JESS,
SCOTT M. ECKSTEIN, DR. LORI ADAMS,
CPT. JAY VANLANEN, DR. TODD L. HAMILTON,
CPT. JAMES ELLSINGER, CPT. REBECCA LENZ,
SGT. COOK, JOSHUA J. GOMM,
C.O. COLIN FRUEHBRODT, C.O. JAIME ADKINS,
C.O. ZACHARY KORPITA, and R.N. JANE DOE #1,

                Defendants.

ORDER

19-cv-692-jdp

---

Plaintiff Curtis W. Johnson, appearing pro se, alleges that prison officials at the Green Bay Correctional Institution denied him food for several days, humiliated him by forcing him to scrape feces off his wall with his bare hands, goaded him into committing self-harm, and failed to promptly get him medical assistance after he harmed himself.

Defendants have filed a motion to dismiss the case or to transfer it to the United States District Court for the Eastern District of Wisconsin, stating that none of the defendants reside in the Western District. Dkt. 28. Johnson responded by filing his own motion to transfer venue to the Eastern District. Dkt. 33. Because there isn't a dispute about defendants' residence and the interests of justice are served by transfer to the district where the events at issue occurred rather than dismissal, I will grant the parties' motion to transfer the case. *See* 28 U.S.C. § 1406(a).

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss the case, Dkt. 28, is DENIED.

2. The parties' motions to transfer the case, Dkt. 28 and Dkt. 33, are GRANTED.

3. This case is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

Entered February 6, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge