UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CURTIS W. JOHNSON,

    Plaintiff,

    v.     Case No. 20-C-187

KEVIN A. CARR, CATHY A. JESS,
SCOTT M. ECKSTEIN, LORI ADAMS,
JAY VANLANEN, TODD HAMILTON,
CPT. JAMES ELLSINGER, LT. REBECCA
LENZ, SGT. COOK, JOSHUA J. GOMM,
COLIN FRUEHBRODT, JAMIE ADKINS,
ZAKARY KORPITA, and NURSE JANE DOE,

    Defendants.

## ORDER

Plaintiff Curtis Johnson, who is currently serving a state prison sentence at Green Bay Correctional Institution, filed this action pursuant to 42 U.S.C. § 1983, alleging that his civil rights were violated. This case was transferred to this district from the District Court for the Western District of Wisconsin on February 6, 2020. Plaintiff's February 10, 2020 request to transfer the case from the Western District of Wisconsin to this district will therefore be denied as moot. On February 11, 2020, the defendants filed a motion for summary judgment on exhaustion grounds and requested a stay of discovery pending the resolution of the defendants' motion for summary judgment. The court finds that good cause exists to stay the discovery deadlines in this case. Accordingly, the defendants' motion to stay will be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's request to transfer the case from the Western District of Wisconsin (Dkt. No. 39) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the defendants' motion to stay discovery (Dkt. No. 41) is **GRANTED**. The discovery deadline is stayed pending a decision on the defendants' motion for summary judgment.

Dated at Green Bay, Wisconsin this 12th day of February, 2020.

s/ William C. Griesbach  
William C. Griesbach, District Judge  
United States District Court